# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2011

Robert P. Young, Jr.,
Chief Justice

142549 & (42)(43)(44)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 142549
COA: 294616
Ionia CC: 2008-014209-FH

LEON DUANE BRIDINGER,
        Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 4, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of appellate counsel and for bond on appeal are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2011

_____
Clerk

p0706